The People of the State of Illinois, defendant in error, v. Paul J. Buse, plaintiff in error. Gen. No. 25,791.

Prosecution for the keeping of intoxicating liquor for sale. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch

Appellate Court at the March term, 1920. Reversed. Opinion filed October 5, 1921.

McInerney & Power and Francis W. Walker, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

Mr. Justice Taylor delivered the opinion of the court.